UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID TAYLOR,

          Petitioner,

    v.

PATRICK COVELLO,

          Respondent.

Case No. 26-cv-01291-RS (PR)

**ORDER OF TRANSFER**

Petitioner challenges a sentence imposed by the Los Angeles County Superior Court, which lies in the Central District of California. (Pet., Dkt. No. 1 at 1, 6.) Accordingly, this action is TRANSFERRED to the Central District of California, as that is the district of conviction. 28 U.S.C. §§ 84(c), 1404(a), 2241(d); Habeas L.R. 2254-3(b).

Petitioner contends that the proper venue is the Northern District of California because this district court has personal jurisdiction over the Warden of Mule Creek State Prison, where he is currently housed. (Pet., Dkt. No. 1 at 1.) This is not correct. Mule Creek State Prison is in Amador County, which lies in the Eastern District of California. 28 U.S.C. § 84(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** February 18, 2026

RICHARD SEEBORG
Chief United States District Judge